**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SPECTRANET TECHNOLOGIES LLC,<br><br>     Plaintiff,<br><br>v.<br><br>JUMP FINANCIAL, LLC;<br>JUMP TRADING HOLDINGS, LLC;<br>JUMP TRADING LLC;<br>WORLD CLASS WIRELESS, LLC;<br>VIRTU FINANCIAL, INC.;<br>NEW LINE NETWORKS LLC; and<br>10BAND LLC,<br><br>     Defendants. | Civil Action No. ___1:26-cv-05866___<br><br>**JURY TRIAL DEMANDED** |

**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff SpectraNet Technologies LLC hereby identifies all known affiliates as follows:

1.     The sole member of SpectraNet Technologies LLC is West U PV, LLC.

2.     The sole member of West U PV, LLC is West U Capital, LLC.

3.     The only members of West U Capital, LLC are Mark Roche and Joseph Kessler.

4.     No other individual or entity owns 5% or more of SpectraNet Technologies LLC directly or indirectly.

Dated: May 20, 2026

/s/ *Paul J. Skiermont*
Paul J. Skiermont (IL Bar No. 6278464)
Todd A. Martin (TX Bar No. 24066556
Michael D. Ricketts (TX Bar No. 24079208)
**SKIERMONT DERBY LLP**
1601 Elm Street, Suite 4400
Dallas, TX 75201
Phone: (214) 978-6600
Fax: (214) 978-6601
pskiermont@skiermontderby.com
tmartin@skiermontderby.com
mricketts@skiermontderby.com

Charles C. Koole (CA Bar No. 259997)
**SKIERMONT DERBY LLP**
633 West Fifth Street, Suite 5800
Los Angeles, CA 90071
Phone: (213) 788-4500
Fax: (213) 788-4501
ckoole@skiermontderby.com

*Attorneys for Plaintiff*
SpectraNet Technologies LLC