**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| SPECTRANET TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>IMC-CHICAGO, LLC d/b/a IMC TRADING; IMC AMERICAS, INC.; IMC GLOBAL HOLDINGS LLC; RCA TELECOM LLC; and TOGGLE COMMUNICATIONS LLC,<br><br>Defendants. | Civil Action No. 1:26-cv-05838<br>Judge Andrea R. Wood<br><br>**JURY TRIAL DEMANDED** |
| SPECTRANET TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>OPTIVER SERVICES B.V. and COUNTY INFORMATION SERVICES, LLC,<br><br>Defendants. | Civil Action No. 1:26-cv-05857<br>Judge Andrea R. Wood<br><br>**JURY TRIAL DEMANDED** |
| SPECTRANET TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>JUMP FINANCIAL, LLC; JUMP TRADING HOLDINGS, LLC; JUMP TRADING, LLC; WORLD CLASS WIRELESS, LLC; VIRTU FINANCIAL, INC.; NEW LINE NETWORKS LLC; and 10BAND LLC,<br><br>Defendants. | Civil Action No. 1:26-cv-05866<br>Judge Andrea R. Wood<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| SPECTRANET TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>RAFT TECHNOLOGIES LTD and 3DB COMMUNICATION INC.,<br><br>Defendants. | Civil Action No. 1:26-cv-05870<br>Judge Andrea R. Wood<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR LEAVE TO FILE COORDINATED BRIEFING IN SUPPORT OF MOTIONS TO DISMISS, TO SET PAGE LIMITS, AND FOR A BRIEFING SCHEDULE**

All parties to each of the above-captioned actions jointly seek leave for all Defendants to file a single, consolidated twenty-page brief in support of all Defendants' anticipated Rule 12(b)(6) motion to dismiss on the grounds of subject matter ineligibility of each of the asserted patents under 35 U.S.C. § 101 and for each set of Defendants in the four actions to file a separate five-page brief to address any other defendant-specific grounds for dismissal. In addition, the parties also seek leave for Plaintiff SpectraNet Technologies LLC ("SpectraNet") to file a single, consolidated twenty-page brief in opposition to Defendants' anticipated Rule 12(b)(6) motion to dismiss under 35 U.S.C. § 101, and separate briefs of not more than five-pages for each Defendant to address any other Defendant-specific grounds for dismissal. The parties also seek leave for all Defendants to file a single, consolidated ten-page brief in reply to Plaintiff SpectraNet's brief in opposition to Defendants' anticipated Rule 12(b)(6) motion to dismiss under 35 U.S.C. § 101, and for each set of Defendants in the four actions to file separate reply briefs of not more than three-pages on other Defendant-specific grounds for dismissal.

The parties also request entry of a briefing schedule on Defendants' anticipated motions to dismiss and motion to stay pending disposition of those motions to dismiss, as follows:

- Defendants to file Rule 12 Motion(s) and Joint Motion to Stay on or before September 25, 2026;
- Plaintiff to file an Opposition to Joint Motion to Stay on or before October 9, 2026 and to file Opposition(s) to Defendants' Rule 12 Motion(s) on or before October 23, 2026; and
- Defendants to file a Reply Brief in support of their Joint Motion to Stay on or before October 16, 2026 and to file Reply Brief(s) in support of Rule 12 Motion(s) on or before November 6, 2026.

In support of this joint motion, the parties state the following:

1. Plaintiff SpectraNet filed the following four cases (collectively, the "Related Actions"), each asserting allegations of direct infringement of U.S. Patents Nos. 10,959,123, 11,516,694 and 12,414,002 (the "Asserted Patents"), in addition to allegations of induced and willful infringement:

   a. Case No.1:26-cv-05838 against IMC-Chicago, LLC d/b/a IMC Trading; IMC Americas, Inc.; IMC Global Holdings LLC; RCA Telecom LLC; and Toggle Communications LLC;

   b. Case No. 1:26-cv-05857 against Optiver Services B.V. and County Information Services, LLC;

   c. Case No.1:26-cv-05866 against Jump Financial, LLC; Jump Trading Holdings, LLC; Jump Trading, LLC; World Class Wireless, LLC; Virtu Financial, Inc.; New Line Networks LLC; and 10Band LLC; and

   d. Case No. 1:26-cv-05870 against Raft Technologies Ltd. and 3DB Communication, Inc.

2. All of the Related Actions were reassigned before this Court by Order of the Executive Committee on August 26, 2026.

3. All Defendants in the Related Actions contend that all claims of the Asserted Patents are directed to patent-ineligible subject matter under 35 U.S.C. § 101 and will be filing Rule 12(b)(6) motions as a matter of right on this ground. The argument on subject matter ineligibility is necessarily overlapping and consistent across all Defendants in each of the Related Actions.

4. Consolidated and non-duplicative briefing on the issue of subject matter eligibility, not exceeding twenty pages, would conserve the Court's and all parties' resources.

5. While the issue of subject matter eligibility under 35 U.S.C. § 101 is uniform across all of the Related Actions, certain allegations on issues such as jurisdiction, notice, inducement and willful infringement are unique to each of the Related Actions. To the extent these discrete Defendant-specific issues give rise to separate grounds for a Rule 12 motion, such issues can be addressed in one brief per action of not more than five pages.

6. The Parties' believe that this approach will also conserve the Court's and the parties' resources by reducing the overall number of pages the parties would have of right under Local Rule 7.1, and would also allow the Court to address and decide common issues in a consolidated manner, while allowing Defendants to raise any Defendant-specific issue(s) in a concise manner that would preserve all Defendants' rights to seek relief under Rule 12 by allowing targeted briefing on discrete issues.

7. Where at least the subject matter eligibility issue, if decided in Defendants' favor, may be case-dispositive, Defendants anticipate jointly seeking a stay of the Related Cases pending disposition of that motion, which Plaintiff SpectraNet opposes. The grounds for stay are common across all of the Related Cases, and so consolidated briefing on this issue would also conserve the Court's and all parties' resources.

For the foregoing reasons, the parties respectfully request leave for all Defendants to file a single, consolidated twenty-page brief in support of all Defendants' anticipated Rule 12(b)(6) motion to dismiss on the grounds of subject matter ineligibility of each of the asserted patents

under 35 U.S.C. § 101, and for each set of Defendants in the four actions to file separate briefs of not more than five-pages to address any other Defendant-specific grounds for dismissal. The parties also respectfully request leave for Plaintiff SpectraNet to file a single, consolidated twenty-page brief in opposition to Defendants' anticipated Rule 12(b)(6) motion to dismiss under 35 U.S.C. § 101, and separate briefs of not more than five-pages for each Defendant to address any other Defendant-specific grounds for dismissal. The parties also respectfully request leave for all Defendants to file a single, consolidated ten-page brief in reply to Plaintiff SpectraNet's brief in opposition to Defendants' anticipated Rule 12(b)(6) motion to dismiss under 35 U.S.C. § 101, and for each set of Defendants in the four actions to file separate reply briefs of not more than three-pages on other Defendant-specific grounds for dismissal. The parties also request the entry of a briefing schedule on Defendants' anticipated motions to dismiss and motion to stay, as set forth above.

Dated: September 21, 2026

Respectfully submitted,

/s/ *Brian Sodikoff*
Brian Sodikoff
Matthew T. Messina
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661
312.902.5200
brian.sodikoff@katten.com
matthew.messina@katten.com

Christopher B. Ferenc
**KATTEN MUCHIN ROSENMAN LLP**
1919 Pennsylvania Ave., NW., Suite 800
Washington, DC 20006
202.625.3647
christopher.ferenc@katten.com

*Attorneys for Defendant* IMC-Chicago, LLC

/s/ *Steven J. Horowitz*
Steven J. Horowitz
shorowitz@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
Telephone: 312.853.7000

Brian A. Rosenthal (*pro hac vice*)
brosenthal@gibsondunn.com
Benjamin Hershkowitz (*pro hac vice*)
bhershkowitz@gibsondunn.com
Alena Farber (*pro hac vice*)
afarber@gibsondunn.com
Michelle J. Zhu (*pro hac vice*)
mzhu@gibsondunn.com
Talus Iorio-Ronek (*pro hac vice*)
tiorio-ronek@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Ting-Wei Chiang (*pro hac vice*)
atchiang@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500
Facsimile: 202.831.6106

Al Suarez (*pro hac vice*)
asuarez@gibsondunn.com
Julia Tabat
jtabat@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3100

*Attorneys for Defendants Optiver Services B.V. and County Information Services, LLC*

/s/ *William E. Devitt*
William E. Devitt

Matthew J. Hertko
**JONES DAY**
110 N. Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: wdevitt@jonesday.com
mhertko@jonesday.com

*Attorneys for Defendants Jump Financial, LLC; Jump Trading Holdings, LLC; Jump Trading, LLC; and World Class Wireless, LLC*

/s/ *William J. Cadigan*
William J. Cadigan
**AKIN GUMP STRAUSS HAUER & FELD LLP**
190 S. LaSalle Street, Suite 2800
Chicago, IL 60603
Tel.: 312.276.0400
wcadigan@akingump.com
IL Attorney Reg. No.: 6211964

Cono A. Carrano (to be admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K Street, NW
Washington, DC 20006
Tel.: 202.887.4000
ccarrano@akingump.com

Catherine Nyarady (to be admitted *pro hac vice*)
Thomas Macchio (to be admitted *pro hac vice*)
Stephanie L. Chin (to be admitted *pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel.: 212.373.3000
cnyarady@paulweiss.com
tmacchio@paulweiss.com
schin@paulweiss.com

David E. Cole (to be admitted *pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006

Tel.: 202.223.7300
dcole@paulweiss.com

*Attorneys for Defendant Virtu Financial, Inc.*

*<u>/s/ William E. Devitt</u>*
William E. Devitt
Matthew J. Hertko
**JONES DAY**
110 N. Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: wdevitt@jonesday.com
mhertko@jonesday.com

Catherine Nyarady (to be admitted *pro hac vice*)
Thomas Macchio (to be admitted *pro hac vice*)
Stephanie L. Chin (to be admitted *pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Tel.: 212.373.3000
cnyarady@paulweiss.com
tmacchio@paulweiss.com
schin@paulweiss.com

David E. Cole (to be admitted *pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Tel.: 202.223.7300
dcole@paulweiss.com

*Attorneys for Defendants New Line Networks LLC and 10Band LLC*

<u>/s/ *Jeremy S. Goldkind*</u>
Jeremy S. Goldkind
**VENABLE LLP**
227 West Monroe Street, Suite 1900
Chicago, IL 60606
312.2101522
jsgoldkind@Venable.com

Adam P. Samansky (to be admitted *pro hac vice)*
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEP, P.C.**
One Financial Center
Boston, MA 02111
617.348.1819
APSamansky@mintz.com

*Attorneys for Defendants Raft Technologies Ltd. and 3DB Communication Inc*.

/s/ *Charles C. Koole*
Paul J. Skiermont (IL Bar No. 6278464)
Kevin P. Potere (TX Bar No. 24100658)
Michael D. Ricketts (TX Bar No. 24079208)
**SKIERMONT DERBY LLP**
1601 Elm Street, Suite 4400
Dallas, TX 75201
Phone: (214) 978-6600
Fax: (214) 978-6601
pskiermont@skiermontderby.com
kpotere@skiermontderby.com
mricketts@skiermontderby.com

Charles C. Koole (CA Bar No. 259997)
**SKIERMONT DERBY LLP**
633 West Fifth Street, Suite 5800
Los Angeles, CA 90071
Phone: (213) 788-4500
Fax: (213) 788-4501
ckoole@skiermontderby.com

*Attorneys for Plaintiff*
*SpectraNet Technologies LLC*